```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07855
   TONITA SCOTT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6513


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/05/2006 and was confirmed 10/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
RENT A CENTER                 SECURED              955.04         .00         955.04
ASSET ACCEPTANCE LLC          UNSECURED        NOT FILED          .00            .00
ASSET ACCEPTANCE LLC          UNSECURED            183.57         .00            .00
CAPITAL ONE BANK              UNSECURED        NOT FILED          .00            .00
CB USA INC                    UNSECURED           1541.01         .00            .00
CHECK INTO CASH               UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING       UNSECURED           2060.00         .00            .00
CREDIT PROTECTION             UNSECURED        NOT FILED          .00            .00
DOCTORS GENERAL LABORATO      UNSECURED        NOT FILED          .00            .00
KMART                         UNSECURED        NOT FILED          .00            .00
NATIONAL QUICK CASH #457      UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP         UNSECURED            955.36         .00            .00
NICOR GAS                     UNSECURED        NOT FILED          .00            .00
NICOR GAS                     UNSECURED            145.22         .00            .00
ONE IRON VENTURES INC         UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE      UNSECURED        NOT FILED          .00            .00
SUPERIOR ASSET INC            UNSECURED        NOT FILED          .00            .00
PAY DAY LOAN STORE            UNSECURED            344.39         .00            .00
TRITIUM CARD SERVICES         UNSECURED        NOT FILED          .00            .00
UNIVERSAL UNDERWRITERS A      UNSECURED        NOT FILED          .00            .00
WEXLER & WEXLER               FILED LATE         1407.04          .00            .00
SBC                           UNSECURED            121.33         .00            .00
ECONOMY FURNITURE             SECURED NOT I      1541.04          .00            .00
ILLINOIS DEPT EMPLOYMENT      UNSECURED           1125.00         .00            .00
T MOBILE                      UNSECURED            232.94         .00            .00
ERNESTO D BORGES JR           DEBTOR ATTY        3,000.00                    1,917.31
TOM VAUGHN                    TRUSTEE                                          168.93
DEBTOR REFUND                 REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07855 TONITA SCOTT
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       3,041.28

PRIORITY                                                            .00
SECURED                                                          955.04
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,917.31
TRUSTEE COMPENSATION                                             168.93
DEBTOR REFUND                                                       .00
                                         ---------------  ---------------
TOTALS                                        3,041.28         3,041.28
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
     Dated: 02/27/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 06 B 07855 TONITA SCOTT
```